[No. 3757.    Decided January 15, 1903.]

THE STATE OF WASHINGTON *on the Relation of W. W. Zent* v. C. H. NEAL, *Judge of the Superior Court of Adams County.*

PROHIBITION, WRIT OF — REMEDY BY APPEAL.

The writ of prohibition will not issue to restrain the superior court from entertaining an appeal from the order of a board of county commissioners establishing a county road, since there is an adequate remedy by appeal from the judgment of the superior court.

*Original Application for Prohibition.*

*W. W. Zent,* for relator.

*Happy & Hindman,* for respondent.

PER CURIAM.—This is an application for a writ of prohibition to prohibit the superior court of Adams county from entertaining an appeal from the order of the board of county commissioners of said Adams county establishing a county road. A motion is interposed to dismiss the petition, for the reason that there is an adequate remedy by appeal. The motion seems to be well taken, and the application is therefore dismissed.